UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GAVIN AWERBUCH, M.D.,

        Defendant.
_____/

Criminal No. 16-cr-20636

Honorable Arthur J. Tarnow

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:**    Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

*Add the following AUSA(s):*

Name:       Philip Ross
Bar ID:      VA State Bar #70269
Telephone:  (313) 226-9790
Fax:        (313) 226-3800
Email:      philip.ross@usdoj.gov

*Terminated the following AUSA(s):*

Name:       NONE
Telephone:

                              s/PHILIP A. ROSS
                              Assistant U.S. Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, Michigan  48226
                              philip.ross@usdoj.gov
                              (313) 226-9790
Dated: September 16, 2016       VA State Bar #70269