UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED

NOV 0 7 2016

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

United States of America,

  Plaintiff,

          Criminal No. 16-cr-20636

v.

          Honorable Arthur J. Tarnow

Gavin Awerbuch, M.D.,

  Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

  I, Gavin Awerbuch, M.D., defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea, and that I have read it and understand its contents.

  I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1, (Distribution of Controlled Substances, Aiding and Abetting, 21 U.S.C. § 841(a)(1), 18 U.S.C. § 2), maximum 20 years imprisonment.

Count 2, (Health Care Fraud 18 U.S.C. § 1347), maximum 10 years imprisonment and a fine of $750,000 or twice the pecuniary gain/loss.

            _____
            Gavin Awerbuch, M.D.
            Defendant

11/7/16

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Mark Kriger w/consent

Mark J. Kriger
Counsel for Defendant

Dated: 11/7/16