UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 16-20636
        Hon. Arthur J. Tarnow

GAVIN AWERBUCH,

        Defendants.
_____/

## STIPULATION EXTENDING REPORTING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that Defendant Gavin Awerbuch's reporting date to the designated institution, FCI Morgantown, shall be extended from April 19, 2018 to February 5, 2019.

s/John K. Neal w/ permission
JOHN K. NEAL
United States Attorney Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9644
Email: john.neal@usdoj.gov

s/ Mark J. Kriger
MARK J. KRIGER (P30298)
Attorney for Defendant
645 Griswold, Suite 1717
Detroit, MI 48226
313-967-0100
Email: mkriger@sbcglobal.net

Date: March 15, 2018

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No.16-20636
                                             Hon. Arthur J. Tarnow

GAVIN AWERBUCH,

        Defendants.
_____/

## **ORDER EXTENDING REPORTING DATE**

Upon reading and filing the attached Stipulation:

IT IS HEREBY ORDERED that the Defendant's reporting date to the designated institution FCI Morgantown, shall be extended to February 5, 2019.

                                                       s/Arthur J. Tarnow
                                                    UNITED STATES DISTRICT COURT JUDGE

Dated: March 16, 2018