United States District Court
Eastern District of Michigan
Southern Division

United States of America,

                Plaintiff,

vs.

Gavin Awerbuch,

                Defendant

16-cr-20636

Hon. Arthur J. Tarnow

---

### STIPULATED ORDER DIRECTING UNITED STATES TREASURY DEPARTMENT TO ACCEPT DEPOSIT INTO SEIZED ASSETS DEPOSIT FUND

---

The parties by and through undersigned counsel respectfully move this Court to enter an order directing the United States Department of the Treasury, Internal Revenue Service-Criminal Investigations to accept a deposit of $1,507,868.20 from the defendant as a partial payment of the $4,100,000.00 forfeiture judgment entered against him.

Previously, this court entered two orders directing partial payments totaling $3,004,178.90 be applied toward the forfeiture judgment entered against the defendant at sentencing. On March 9, 2018, this court directed the United States Department of the Treasury, Internal Revenue Service-Criminal Investigations to

1

accept $1,002,860.00 to be applied against the forfeiture judgment entered at sentencing. (R. 36). On May 17, 2018, this court directed the United States Treasury, Internal-Revenue Service-Criminal Investigations to accept $493,450.70 to be applied against forfeiture judgment. (R. 38). Upon receipt of the $1,507,868.00, an amount of $1,095,821.10 shall remain due before the forfeiture judgment of $4,100,000 will be fully satisfied.

**IT IS SO ORDERED.**


s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge


Date: November 13, 2018

So Stipulated:

Matthew Schneider
United States Attorney

| s/Philip A. Ross | s/Mark Kriger (w/consent) |
|---|---|
| Philip A. Ross | Counsel for Gavin Awerbuch |
| Assistant United States Attorney | LaRene & Kriger PLC |
| 211 W. Fort Street, Suite 2001 | 645 Griswold St Ste 1717 |
| Detroit, Michigan 48226 | Detroit, MI 48226-4113 |
| (313) 226-9790 | (313) 967-0100 |
| Philip.Ross@usdoj.gov | MKriger@sbcglobal.net |
| VA Bar No. 70269 | (P-30298) |
| | |
| Date: November 8, 2018 | Date: November 8, 2018 |