UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GAVIN AWERBUCH,

    Defendant.

_____/

Case No. 16-20636

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
MONA K. MAJZOUB

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND REPORTING DATE [43]**

On November 7, 2016, Defendant Gavin Awerbuch pleaded guilty to Health Care Fraud in violation of 18 U.S.C. § 1347 and Distribution of Controlled Substances in violation of 21 U.S.C. § 841(a)(1). On February 26, 2018, the Court sentenced Dr. Awerbuch to 32 months of imprisonment on each count to be served concurrently. The Judgment [35] provided that Awerbuch shall surrender for service of his sentence at the institution designated by the Bureau of Prisons ("BOP") as notified by the U.S. Marshal.

Before the Court is Dr. Awerbuch's Motion to Extend Reporting Date [43] filed on February 13, 2019. The Government filed a Response [44] on February 22, 2019.

Dr. Awerbuch is currently scheduled to surrender on March 19, 2019. In his Motion [43], Dr. Awerbuch asks the Court to extend his reporting date to April 30, 2019. He seeks an extension of time so that he may care for his partner while she recovers from spine surgery.

Dr. Awerbuch's request to serve as caretaker is entirely reasonable. The Court, in its discretion, **GRANTS** Defendant's Motion [43].

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Extend Reporting Date [43] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant surrender to the BOP on **April 30, 2019 at 12:00 PM**.

**SO ORDERED**.

Dated: February 26, 2019

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge