UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 16-20636
                                  Hon. Arthur J. Tarnow

GAVIN AWERBUCH,

        Defendants.
_____/

## STIPULATION TRANSFERRING SUPERVISED RELEASE

It is hereby stipulated, by and between the above parties, that defendant's supervised release shall be transferred from the Probation Department for the Southern District of Florida to the Probation Department Eastern District of Michigan;

It is further stipulated that defendant shall report to United States Probation Department for the Eastern District of Michigan on or before May 26, 2020.

| | |
|---|---|
| s/John K. Neal w/ permission | s/ Mark J. Kriger |
| JOHN K. NEAL | MARK J. KRIGER (P30298) |
| United States Attorney Office | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 645 Griswold, Suite 1717 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-226-9644 | 313-967-0100 |
| Email: john.neal@usdoj.gov | Email: mkriger@sbcglobal.net |

Date: April 14, 2020

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     Case No. 16-20636
                                       Hon. Arthur J. Tarnow

GAVIN AWERBUCH,

        Defendants.
_____/

## **ORDER TRANSFERRING SUPERVISED RELEASE**

Upon reading and filing the attached Stipulation:

IT IS HEREBY ORDERED that defendant's supervised release shall be transferred from the United States probation Department for Southern District of Florida to the United States Probation Department for the Eastern District of Michigan;

IT IS FURTHER ORDERED that defendant shall report to United States probation department for the Eastern District of Michigan on or before May 26, 2020.

                                          s/Arthur J. Tarnow
                                          UNITED STATES DISTRICT JUDGE

Dated: April 16, 2020