# Exhibit A



October, 25th 2021

To whom it may concern,

I am writing this letter to attest that Gavin Awerbuch is volunteering as a Virtual Literacy Tutor with Brilliant Detroit and The Center for Success. As part of the program, Gavin meets twice weekly with his student partner on Tuesdays and Thursdays at 4:00pm. The program sessions run for approximately 45 minutes. Consistency is one of the keys to the program's success and we are thrilled to have Gavin meet with the same student twice weekly over the course of the school year.

I am happy to answer any questions you may have about the literacy tutoring program in specific or Brilliant Detroit in general.

Please do not hesitate to reach out,

Aryeh Perlman
Stewardship and Special Projects Coordinator
Brilliant Detroit
Aperlman@brilliantdetroit.org
734-846-2196