UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

                                            Case No. 16-cr-20636
-vs-                                        Hon. Arthur J. Tarnow

GAVIN AWERBUCH,

          Defendant.
_____/

**ORDER TERMINATING SUPERVISED RELEASE**

Defendant having filed an unopposed Motion for Early Termination of Supervised Release:

**IT IS HEREBY ORDERED** that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

                                        s/Arthur J. Tarnow
                                        UNITED STATES DISTRICT COURT JUDGE

Entered: November 11, 2021